Matter of YULETIDE DEVELOPMENT CORPORATION, Debtor-Appellant.

No. 220, Docket 21632.

United States Court of Appeals
Second Circuit.

Argued May 11, 1950.

Decided May 11, 1950.

Before SWAN, A. N. HAND and CHASE, Circuit Judges.

Brown, Hubbard, Felt & Fuller, Utica, Moses G. Hubbard, Utica, of counsel, for debtor-appellant.

Egan & Weitzner, Fred S. Weitzner, New York City, of counsel, for creditor-appellee, Investors Diversified Service, Inc.

PER CURIAM.

Order affirmed in open court.